JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERED FLOORS, LLC, | Case No. 2:21-CV-02078-SPG-DFM |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO DISMISS ACTION** |
| vs. | |
| LAKESHORE EQUIPMENT COMPANY D/B/A LAKESHORE LEARNING MATERIALS, | |
| Defendant. | |

The Court, having considered the Stipulation by and between plaintiff and counterclaim defendant ENGINEERED FLOORS, LLC ("Engineered Floors") and defendant and counterclaimant LAKESHORE LEARNING MATERIALS ("Lakeshore" and referred to with Engineered Floors as the "Parties"), and for good cause shown, hereby orders as follows:

1.      The entire action is hereby dismissed in its entirety with prejudice;

2.      The Parties will each bear their respective costs and attorney's fees as incurred in connection with this action.


IT IS SO ORDERED.

DATED:  March 1, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE